No. —, Original. *Ex parte:* IN THE MATTER OF ESSEX RUBBER COMPANY, PETITIONER. Submitted January 16, 1922. Decided January 30, 1922. Motion for leave to file a petition for a writ of prohibition, and the petition for a writ of certiorari, herein, denied. *Mr. Thomas J.*

*Johnston* and *Mr. Lucius E. Varney* for petitioner. *Mr. Charles A. Brown* for respondent.